```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                    12 CR 616(DLI)

     - against -

SAMUEL NOEL,

          Defendant.

- - - - - - - - - - - - - - - - X
```

NOTICE OF APPEARANCE

The Government hereby informs the Court that Kevin Driscoll, Trial Attorney in the Criminal Division's Public Integrity Section, is entering his appearance in this matter on behalf of the United States.

Dated:   Washington, DC
         September 9, 2015

                                    RAYMOND N. HULSER, Chief
                                    U.S. Department of Justice
                                    Public Integrity Section
                                    1400 New York Avenue NW
                                    Washington, D.C. 20005

Kevin Driscoll
Trial Attorney